UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN M. YANIK,

    Plaintiff,

v.                                          Case No. 11-15477

AETNA HEALTH PLANS and
CITIZENS INSURANCE COMPANY
OF THE MIDWEST,

    Defendants.
                                         /

## ORDER OF DISMISSAL

On July 2, 2012, Plaintiff filed a response to the court's show-cause order indicating that the parties had reached a settlement of this matter, and Plaintiff anticipates filing a notice voluntarily dismissing this action within ninety days. During a telephone conference with counsel for the parties on July 27, 2012, the court confirmed that the parties have settled and this case need no longer be maintained on the court's active docket. Accordingly,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** Any party may reopen this case by **October 25, 2012**, by filing a "Notice of Reopening." If such a notice is filed, the case will immediately be placed back on the court's active docket with no further costs or fees to either party, and the litigation will proceed as if the case had not been dismissed. The parties may also

submit their own substitute, stipulated order of dismissal or judgment by **October 25, 2012**.

After **October 25, 2012**, in the absence of any further order of the court or filing by the parties, the dismissal will be deemed to be with prejudice.

                                    s/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated:  July 27, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 27, 2012, by electronic and/or ordinary mail.

                                    s/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522